**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| MILAGROS S. KEH, | : | |
| | : | |
| Plaintiff, | : | 1:03-cv-68-2(WLS) |
| vs. | : | |
| | : | |
| AMERICUS-SUMTER COUNTY HOSPITAL | : | |
| AUTHORITY d/b/a SUMTER REGIONAL | : | |
| HOSPITAL, INC., d/b/a SUMTER REGIONAL | : | |
| HOSPITAL; SOUTHWEST GEORGIA | : | |
| HEALTHCARE ASSOCIATION, INC.; | : | |
| SOUTHWEST GEORGIA HEALTHCARE | : | |
| RESOURCES, INC.; JERRY ADAMS, | : | |
| Individually and in his Official capacity as CEO | : | |
| OF SUMTER REGIONAL HOSPITAL, INC.; | : | |
| SOUTHWEST GA. HEALTHCARE | : | |
| RESOURCES, INC., ANDREW C. CARLSON, | : | |
| M.D., Individually and in his Official capacity as | : | |
| CEO, MEDICAL DIRECTOR, and CHAIRMAN | : | |
| OF THE BOARD OF DIRECTORS OF | : | |
| SOUTHWEST GEORGIA HEALTHCARE | : | |
| ASSOCIATION, INC.; AMERICUS PEDIATRICS, | : | |
| P.C.; JOSEPH W. KING, III, M.D., Individually | : | |
| and in his Official capacity as CHAIRMAN OF | : | |
| THE CREDENTIALING COMMITTEE OF | : | |
| SOUTHWEST GEORGIA HEALTHCARE | : | |
| ASSOCIATION, INC.; JOSEPH W. KING, III, | : | |
| M.D., P.C.; A. GATEWOOD DUDLEY, M.D., | : | |
| Individually and in his Official capacity as a | : | |
| Member of the SUMTER REGIONAL | : | |
| HOSPITAL MEDICAL EXECUTIVE | : | |
| COMMITTEE; GYNECOLOGY ASSOCIATES, | : | |
| P.C.; GREGORY A. GARTH, M.D., Individually | : | |
| and in his Official capacity as a Member of the | : | |
| SUMTER REGIONAL HOSPITAL MEDICAL | : | |
| EXECUTIVE COMMITTEE; KENNETH E. | : | |
| DINELLA, M.D., Individually and in his Official | : | LIST OF NAMED |
| capacity as a Member of the SUMTER | : | DEFENDANTS |
| REGIONAL HOSPITAL MEDICAL | : | CONTINUED ON |
| EXECUTIVE COMMITTEE; MICHAEL S. | : | NEXT PAGE |
| BUSMAN, M.D., Individually and in his Official | : | |
| capacity as a Member of the SUMTER REGIONAL | : | |
| HOSPITAL MEDICAL EXECUTIVE | : | |
| COMMITTEE; CHANH M. TU, Individually and | : | |
| in his Official capacity as a Member of the | : | |
| SUMTER REGIONAL HOSPITAL MEDICAL | : | |
| EXECUTIVE COMMITTEE; GWENDOLYN V. | : | |
| MORGAN, M.D., Individually and in his Official | : | |

1

| | |
|---|---|
| capacity as a Member of the SUMTER REGIONAL HOSPITAL MEDICAL EXECUTIVE COMMITTEE; MICHAEL CACCIATORE, M.D., Individually and in his Official capacity as a Member of the SUMTER REGIONAL HOSPITAL MEDICAL EXECUTIVE COMMITTEE; MEDICAL IMAGING CONSULTANTS, P.C.; CHARLES R. SHEFFIELD, M.D., Individually and in his Official capacity as a Member of the SUMTER REGIONAL HOSPITAL MEDICAL EXECUTIVE COMMITTEE; SUMTER MEDICAL SERVICES, P.C.; SANDRA ZORNES, M.D., Individually and in his Official capacity as a Member of the SUMTER REGIONAL HOSPITAL MEDICAL EXECUTIVE COMMITTEE; and SOUTHERN PATHOLOGY & LABORATORY SERVICES, P.C., | : : : : : : : : : : : : : : : : : : : |
| Defendants. | : |

## ORDER

On August 10, 2005, Plaintiff's counsel faxed a letter requesting use of the grand jury room on August 22, 2005 beginning at 10:00a.m in order to take the deposition of Defendant Michael S. Busman, M.D. Since the taking of the Court monitored depositions of Plaintiff Keh and Dr. Marshall on August 17-19, 2005, the parties orally informed the Court that they were in the processes of trying to resolve the date, time and place for future depositions of the parties and witnesses. Therefore, Plaintiff's letter request, and to the extent that it serves as a motion, is **DENIED as moot.**

**SO ORDERED**, this   16th   day of September, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　/s/W. Louis Sands
　　　　　　　　　　　　　　　　　　　　　　**Hon. W. Louis Sands, Chief Judge**
　　　　　　　　　　　　　　　　　　　　　　**United States District Court**

2