**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| MILAGROS S. KEH, M.D.,<br>　　　Plaintiff | : | |
| | : | |
| | : | |
| v. | : | 1:03-CV-68 (WLS) |
| | : | |
| AMERICUS-SUMTER COUNTY HOSPITAL : | | |
| AUTHORITY d/b/a SUMTER REGIONAL | : | |
| HOSPITAL, INC., et. al., | : | |
| 　　　Defendants | : | |
| | : | |

**ORDER**

The Court presently has the following motions under consideration: Plaintiff's Motion for Reconsideration (Doc. 115), Plaintiff's Motion for Attorney's Fees (Doc. 122), Plaintiff's Motion for Protective Order (Doc. 123), Defendants' Motion for Relief (Doc. 145), Plaintiff's Motion to Compel (Doc. 149), Plaintiff's Motion for Protective Order (Doc. 151), Plaintiff's Motion for Protective Order (Doc. 152), Plaintiff Motion for Hearing Regarding Motions to Compel and for Protective Order (Doc. 154), Plaintiff's Motion to Compel (Doc. 161), Plaintiff's Motion for Immediate Relief (Doc. 164), Plaintiff's Motion for Leave to File Supplemental Reply Briefs (Doc. 173), Defendants' Motion to Compel (Doc. 174), Defendant John D. Marshall, M.D.'s Motion to Quash Subpoena and for Protective Order (Doc. 179), and Plaintiff's Motion Requesting a Protective Order and Scheduling Conference. (Doc. 197).

The Court finds for guidance to counsel, parties, witnesses, etc., and for discovery efficiency, the parties should have the benefit of the Court's rulings and decisions with respect to the above pending motions. Therefore, until such time as the Court shall issue an order ruling on the aforementioned motions, discovery in the captioned case is **SUSPENDED (discovery by agreement of the parties, excepted)**, including, but not limited to, the taking of depositions. The Court anticipates issuance of said order within thirty (30) days of today's date. Thereafter, the Court will consult with counsel in determining an appropriate amendment to and extension of the discovery period.

**SO ORDERED**, this ___16th___ day of December, 2005.

　　　　　　　　　　　　　　　　　/s/W. Louis Sands
　　　　　　　　　　　　　　　　**W. LOUIS SANDS, CHIEF JUDGE**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**