**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

MILAGROS S. KEH,                                          :
                                                         :
                    Plaintiff,                           :          1:03-cv-68-2(WLS)
vs.                                                      :
                                                         :
AMERICUS-SUMTER COUNTY HOSPITAL                          :
AUTHORITY d/b/a SUMTER REGIONAL                          :
HOSPITAL, INC., d/b/a SUMTER REGIONAL                    :
HOSPITAL, et. al.                                        :
                    Defendants.                          :
_____               :

## ORDER

        Based on correspondence from Defendants indicating they would file a privilege log on or

before October 12, 2006 and Plaintiff's correspondence based on the belief that Defendants had

not responded, the Court notes that it did receive communication by fax on October 10, 2006

consistent with the Court's deadline set at the last hearing.  (*See* Docs. 229, 230).   The Court

further notes Plaintiff's apparent concern resulting from its not having received a timely copy of

Defendant's notice to the Court and seeking sanctions for noncompliance with the Court's recent

order.   Upon consideration and review and without commenting on any other discovery matters,

the Court finds that Defendants did meet the court's directive in filing its notice.   The Court

further approves of the October 12, 2006 date by which Defendants proposed to file the privilege

log at issue.   Therefore any sanctions requested by Plaintiff in this regard are denied.

        **SO ORDERED**, this __13th__ day of October, 2006.


                                        __/s/W. Louis Sands_____
                                        **THE HONORABLE W. LOUIS SANDS,
                                        UNITED STATES DISTRICT COURT**