

**H|B|S|S**  HALL BOOTH SMITH & SLOVER, P.C.

| J. Scott Bell | 1180 West Peachtree Street NW, Atlantic Center Plaza, Suite 900 |
| P: (404) 586-6609 | Atlanta, Georgia 30309-3479 |
| E: jsb@hbss.net | P: (404) 954-5000  F: (404) 954-5020  W: www.hbss.net |

October 6, 2006

**VIA FACSIMILE**
**FIRST-CLASS MAIL**

The Honorable W. Louis Sands
Chief Judge, United States District Court
Middle District of Georgia - Albany Division
C. B. King Federal Courthouse
201 West Broad Street
Albany, GA 31701

Re:   Milagros Keh, M. D. v. SRH, et al
      United States District Court, Middle District of Georgia, Albany Division
      Civil Action File Number: 1:03-CV-68-2 (WLS)

Dear Judge Sands:

Pursuant to Court's modified October 5, 2006 Minute Order, we are writing to inform the Court and counsel of record that the undersigned counsel proposes to file Defendants' Privilege Log on or before **Thursday, October 12, 2006**. Of course, if the Court desires this to be filed by any other date, then we will comply as directed by the Court.

Sincerely,

J. Scott Bell

cc:   George W. McGriff, Esq.
      Nicholas G. Dumich, Esq.
      Lorenzo Williams, Esq.
      Jeffrey Bazinet, Esq.
      C. Jason Willcox, Esq.

ATLANTA · TIFTON · BRUNSWICK · ALBANY · NASHVILLE · ATHENS



member of
USLAW
www.uslawnetwork.org