IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| MILAGROS S. KEH, M.D., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action # |
| | * | |
| AMERICUS-SUMTER COUNTY | * | 1:03-CV-68-2 (WLS) |
| HOSPITAL AUTHORITY d/b/a SUMTER | * | |
| REGIONAL HOSPITAL, et al | * | |
| | * | |
| Defendants, | * | |

**DEFENDANTS SOUTHWEST GEORGIA HEALTHCARE ASSOCIATION, INC., DR. ANDREW C. CARLSON, DR. A. GATEWOOD DUDLEY, DR. GREGORY A. GARTH, DR. KENNETH DINELLA, DR. MICHAEL BUSMAN, AND DR. CHANH TU'S NOTICE OF FILING ATTORNEY-CLIENT PRIVILEGE LOG**

COME NOW, Defendants Southwest Georgia Healthcare Association, Inc., Dr. Andrew Carlson, Dr. A. Gatewood Dudley, Dr. Gregory A. Garth, Dr. Kenneth E. DiNella, Dr. Michael S. Busman, and Dr. Chanh M. Tu (hereinafter collectively referred to as "these Defendants"), and file this, their attorney-client privilege log in accordance with Section III, sub part (5), of this Court's March 17, 2008 Order. The privilege log is attached hereto as Exhibit "A".

This 14th day of April, 2008.

                               */s/ Robert L. Shannon*
                               JOHN E. HALL, JR., ESQ.
                               Georgia Bar Number 319090
                               ROBERT L. SHANNON, ESQ.
                               Georgia Bar Number 637729
                               J. SCOTT BELL, ESQ.
                               Georgia Bar Number 048656

Atlantic Center Plaza
1180 W. Peachtree Street, Suite 900
Atlanta, Georgia 30309
404-954-5000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MILAGROS S. KEH, M.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICUS-SUMTER COUNTY )<br>HOSPITAL   AUTHORITY d/b/a SUMTER )<br>REGIONAL HOSPITAL, INC., d/b/a )<br>SUMTER REGIONAL HOSPITAL, et al. )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>1:03 CV-68-2 (WLS) |

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing **NOTICE OF FILING ATTORNEY-CLIENT PRIVILEGE LOG** upon opposing counsel by electronically filing the same with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the following attorneys of record:

*[Signatures on the following page]*

| | |
|---|---|
| George W. McGriff, Esq.<br>Nicholas G. Dumich, Esq.<br>**GEORGE W. McGRIFF & ASSOCIATES**<br>600 Colonial Park Drive<br>Roswell, Georgia 30075 | Lorenzo Williams, Esq.<br>**GARY, WILLIAMS, PARENTI, FINNEY, LEWIS, McMANUS, WATSON & SPERANDO**<br>W.E. Gary Professional Center, 320 South Indian River Drive<br>P. O. Box 3390<br>Fort Pierce, FL 33948 |
| C. Jason Willcox, Esq.<br>G. Robert Ryan, Jr., Esq.<br>Julie S. Irvin, Esq.<br>Moore, Clarke, Duvall & Rodgers, PC<br>204 N. Westover Blvd.<br>P. O. Box 71727<br>Albany, GA 31708-1727 | Jonathan C. Peters, Esq.<br>Jeffrey S. Bazinet, Esq.<br>**LOVE, WILLINGHAM, PETERS, GILLELAND & MONYAK LLP**<br>Suite 2200, Bank of America Plaza<br>600 Peachtree Street, NE<br>Atlanta, Georgia 30308 |

This 14th day of April, 2008.

HALL, BOOTH, SMITH & SLOVER, P.C.

*/s/ Robert L. Shannon*
ROBERT L. SHANNON, ESQ.
Georgia Bar Number 637729
Attorney for Defendants

Atlantic Center Plaza
1180 W. Peachtree Street, Suite 900
Atlanta, Georgia 30309
404-954-5000

2

# EXHIBIT A

Attorney Client Privilege Log
Keh v. Americus-Sumter County Hospital Authority, et. al.

| Document No. | Description | Date | Privilege |
|---|---|---|---|
| Unnumbered Documents | Communications between Southwest Georgia Healthcare Association and their local counsel | Multiple | Attorney Client Privilege |
| SGHA-00121 - SGHA-00122 | Southwest Georgia Healthcare Association Board of Directors Meeting Executive Session minutes containing information between Southwest Georgia Healthcare Association and their local counsel | 2/9/01 | Attorney Client Privilege |
| Dr. Andrew Carlson's Supplemental Responses to Plaintiff's First Continuing Interrogatories | Communication between Dr. Andrew Carlson and his counsel concerning Rivers and Keh lawsuits | Multiple | Attorney Client Privilege |
| Dr. Andrew Carlson's Supplemental Responses to Plaintiff's First Continuing Interrogatories | Notes made by Dr. Andrew Carlson during discussions with his counsel concerning Rivers lawsuit | Multiple | Attorney Client Privilege |

1246895-1
5000-4460